UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW MCNULTY,<br><br>                Plaintiff,<br><br>  -against-<br><br>EZE CASTLE INTEGRATION, INC.,<br><br>                Defendant. | 24cv09983 (VSB) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Counsel for Plaintiff shall file any motions for admission pro hac vice and a notice of appearance by **February 4, 2025**. Within **21 days** of such filings, Defendant shall file its anticipated motions to dismiss and for a stay of discovery. Plaintiff shall have **21 days** from the filing of Defendant's anticipated motions to file his opposition. Defendant shall have **14 days** from the filing of Plaintiff's opposition papers to file replies, if any.

DATED: January 14, 2025
          New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge