UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MATTHEW MCNULTY,

         Plaintiff,

-against-

EZE CASTLE INTEGRATION, INC.,

         Defendant.

24-CV-9983 (VSB) (RFT)

**ORDER**

---

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

In light of my recommendation to Judge Broderick that the pending motion to dismiss (ECF 79) should be denied in part, the stay of discovery is lifted. The parties are directed to submit a joint proposed case management plan that conforms to my individual practices by **February 11, 2026**.

DATED:  January 29, 2026
       New York, NY

SO ORDERED.

_____

**ROBYN F. TARNOFSKY**
United States Magistrate Judge