UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MATTHEW MCNULTY,

                  Plaintiff,

      -against-

EZE CASTLE INTEGRATION, INC.,

                Defendant.

24-CV-9983 (VSB) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On January 29, 2026, I issued an Order lifting the stay of discovery in this case and directing the parties to submit a joint proposed case management plan that conforms to my individual practices by February 11, 2026. (*See* ECF 80.) The February 11, 2026 deadline to submit a joint proposed case management plan has now expired.

Accordingly, I am nunc pro tunc extending the time for the parties to file a joint proposed case management plan until **February 17, 2026.**

DATED:  February 12, 2026
       New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge