UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                               :

MATTHEW MCNULTY,                     :
                                               :

                       Plaintiff,     :

                                               :             24-CV-9983 (VSB) (RFT)

         - against -                  :

                                               :                     **ORDER**

EZE CASTLE INTEGRATION, INC.,    :

                                               :

                       Defendant.   :

                                               :

-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

On February 11, 2026, this Court granted the parties' request to extend their deadline to file objections to Magistrate Judge Robyn F. Tarnofsky's Report and Recommendation until March 6, 2026. (Doc. 82.) This deadline has passed, and the parties have still not filed any objections or responses. Thus, the Court hereby extends the parties' time to file objections to the Report and Recommendation, *sua sponte*, until March 20, 2026. No further extensions of this deadline will be granted absent compelling circumstances.

SO ORDERED.

Dated:        March 16, 2026
                New York, New York

                                         Vernon S. Broderick
                                         United States District Judge