UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MATTHEW MCNULTY,

                Plaintiff,

    -against-

EZE CASTLE INTEGRATION, INC.,

                Defendant.

24-CV-9983 (VSB) (RFT)

**<u>ORDER</u>**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On February 18, I extended the Parties' deadline to submit a joint proposed case management plan that conforms to my individual practices to March 20, 2026. (*See* ECF 85.) The March 20, 2026 deadline to submit a joint proposed case management plan has now expired.

Accordingly, I am nunc pro tunc extending the time for the parties to file a joint proposed case management plan until **April 6, 2026.**

DATED:  March 24, 2026
        New York, NY

SO ORDERED.

_____

**ROBYN F. TARNOFSKY**
United States Magistrate Judge