# GRSM50

## GORDON REES SCULLY MANSUKHANI
### YOUR 50 STATE LAW FIRM™

**MARK A. BECKMAN**
mbeckman@grsm.com
Direct (212) 453-0724

**FRANCES CODD SLUSARZ**
fslusarz@grsm.com
Direct (347) 215-3919

1 Battery Park Plaza, 28th Floor
New York, NY 10004
www.grsm.com

April 15, 2026

**Application GRANTED. The status conference scheduled for April 16, 2026 is now scheduled for Tuesday May 5, 2026 at 11:00 AM. The parties should be prepared to discuss the status of the case. The parties are directed to join the conference at the scheduled time. Please dial (646) 453-4442, Access Code: 279 365 05#.**

**The Clerk of Court is respectfully requested to terminate ECF 95.**

**Via ECF**
The Honorable Robyn F. Tarnofsky
United States Magistrate Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Rm 703
New York, NY 10007

**Dated: April 15, 2026**
**New York, NY**

**SO ORDERED**

*(signature)*

**ROBYN F. TARNOFSKY**
**UNITED STATES MAGISTRATE JUDGE**

Re:   *McNulty v. EZE Castle Integration, Inc.*
      Case No.: 24-cv-9983 (VSB)

Dear Judge Tarnofsky:

We represent defendant EZE Castle Integration, Inc. in the above-referenced matter. We write pursuant to the Court's Individual Practice in Civil Cases rule I.E., to request an adjournment of the deadline to file a proposed joint case management plan, which was due April 6, 2026, and to adjourn the scheduling conference, currently scheduled for April 16, 2026.

As Your Honor is aware, Judge Broderick granted plaintiff's request to amend the complaint, with a deadline of April 27th. As a result, defendant will need to determine how to respond to the new operative pleading. Because the claims remain in flux, we seek a renewal of the stay of discovery, including the need to file a proposed case management plan. We respectfully suggest that if defendant chooses to answer the complaint, the parties then submit a joint proposed case management plan within fourteen (14) days of such filing. If, however, defendant chooses to move to dismiss the amended complaint, we request the stay remain until resolution of the motion.

This is defendant's first request to reinstate the stay of discovery. While plaintiff is agreeable to adjourning the case management conference until after the amended complaint is filed, plaintiff does not agree to a renewed discovery stay or an indefinite adjournment of the filing of a case management plan. We make the request nonetheless and are ready to discuss at the Court's convenience.

The Honorable Robyn F. Tarnofsky
April 15, 2026
Page 2

We thank the Court for its time and consideration.

Respectfully submitted,

Mark A. Beckman
Frances Codd Slusarz

Cc: All counsel of record (*via* ECF)