UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MATTHEW MCNULTY,

                Plaintiff,

    -against-

EZE CASTLE INTEGRATION, INC.,

                Defendant.

24-CV-9983 (VSB) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the status conference on May 5, 2026, Defendant's anticipated motion to dismiss and any motion to stay discovery shall be due on **May 29, 2026;** Plaintiff's oppositions to any such motions shall be due by **June 22, 2026**; and Defendant's reply shall be due by **July 10, 2026**. The parties are encouraged to consider whether Court-facilitated settlement talks (either with a mediator or myself) would be productive at this time; if the parties agree that such talks would be productive, they should file a joint letter on the docket so indicating.

DATED:  May 5, 2026
          New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge