UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MATTHEW MCNULTY,

Plaintiff,

-against-

EZE CASTLE INTEGRATION, INC.,

Defendant.

24-CV-9983 (VSB) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On June 18, 2026, I so-ordered the parties' joint request to extend the briefing schedule in this matter, including ordering Plaintiff to file his opposition to Defendant's Motion to Dismiss the Amended Complaint by July 28, 2026. (*See* ECF 105.) Plaintiff has not complied.

Accordingly, I am nunc pro tunc extending the deadline for Plaintiff to file his opposition until **August 5, 2026.**

DATED: July 29, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge