UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MATTHEW MCNULTY,

Plaintiff,

-against-

EZE CASTLE INTEGRATION, INC.,

Defendant.

24-CV-9983 (VSB) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On October 16, 2026, I ordered the parties to file monthly updates on the status of discovery, including on November 2, 2026. (*See* ECF 127.) The parties have not complied.

Accordingly, I am nunc pro tunc extending the deadline for the parties to file their joint status update until **November 6, 2026**.

DATED: November 4, 2026

New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge